222 F.2d 368
 GARFIELD INVESTMENT CORPORATION, a Delaware Corporation,
v.
CITY OF ENID, a Municipal Corporation, et al.
 No. 5000.
 United States Court of Appeals Tenth Circuit.
 January 6, 1955.
 
 1
 Appeal from the United States District Court for the Western District of Oklahoma. 122 F.Supp. 73.
 
 
 2
 Frank Carter and W. W. Musser, Jr., Enid, Okl., for appellant.
 
 
 3
 H. L. Gasaway, Enid, Okl., for appellees.
 
 
 4
 Before BRATTON and PICKETT, Circuit Judges, and VAUGHT, District Judge.
 
 
 5
 Judgment entered pursuant to stipulation, without opinion.[1]
 
 
 
 Notes:
 
 
 [1]
 Pursuant to such written stipulation, the court remanded the case to the United States District Court for the Western District of Oklahoma, with instructions to enter a judgment in favor of Garfield Investment Corporation in the amount of $16,000.00